STATE OF CONNECTICUT *v.* CLYDE TURNER

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 264, is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided April 18, 1991

ALICE FREEMAN *v.* ALAMO MANAGEMENT COMPANY ET AL.

The defendants Alamo Management Company and Duane Boise's and the plaintiff Alice Freeman's petitions for certification for appeal from the Appellate Court, 24 Conn. App. 124, are granted, limited to the following issues:

"1. What is the standard of proof for double damages arising out of the violation of the unlawful entry and detainer statute?

"2. Did the trial court apply the appropriate standard of proof?

"3. If the trial court applied the wrong standard of proof, is a retrial limited to damages appropriate?"

*Joseph Procopio,* in support of the petition.

*Thomas W. Calkins,* in opposition.

Decided April 26, 1991

PHILIP C. FERRARO *v.* ROCCO T. LAURETTI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 24 Conn. App. 818, is denied.

*Ronald Petosa,* in support of the petition.

*Edward W. Gasser,* in opposition.

Decided April 26, 1991